■ THOMAS HALL et al., Respondents, v PRESTIGE REMODEL-ING AND HOME REPAIR SERVICE, INC., et al., Defendants, and SCOVILL MANUFACTURING COMPANY, Appellant and Third-Party Plaintiff, et al., Third-Party Defendant. (Appeal No. 2.) [596 NYS2d 744] —Appeal unanimously dismissed without costs *(see, Rozwell v Philanz Oldsmobile* [appeal No. 4], 187 AD2d 939). (Appeal from Trial Decisions of Supreme Court, Monroe County, Stander, J.—Dismiss Complaint.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.